April 29, 1919. Waggoner, J., took no part in the consideration of this case.

George V. Helfrich, for appellant. Lawyer & Hainline, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

C. C. Williams and Nathan Bond, administrators of the estate of James A. Cunningham, v. John L. Hamilton. Nathan Bond, receiver, and Williams & Bond, administrators, plaintiffs in error, v. Hoopeston Horse Nail Company and MacC. Wallace, trustee, defendants in error.

Intervening petition in proceeding for appointment of receiver to wind up banking partnership. Judgment for intervener. Error to the Circuit Court of Vermilion county; the Hon. Walter Brewer and Hon. John H. Marshall, Judges, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

J. H. Dyer and Rearick & Meeks, for plaintiffs in error. Walter T. Gunn and Jay Briggs, for defendants in error.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

Frank Yeazel, appellee, v. Burrell Engineering & Construction Company, appellant.

Action to recover for personal injuries sustained by fall of elevator. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

Lindley, Penwell & Lindley, for appellant; Walter C. Lindley, of counsel. Fleming & Henderson and O. M. Jones, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

R. A. Stone et al., appellants, v. W. E. McDonald, appellee.

Action to recover brokers' commission for sale of real estate. Judgment for defendant. Appeal from the Circuit Court of Shelby county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

Chafee, Chew & Baker, for appellants. A. J. Steidley, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

F. G. Campbell, administrator of the estate of Elijah H. Nesmith, deceased, appellee, v. Pearl Hazen, appellant.

Action to recover damages for wrongful death caused by being struck by automobile. Judgment for plaintiff. Appeal from the Circuit Court of Champaign county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded. Opinion filed April 29, 1919. Rehearing denied July 9, 1919.

Dobbins & Dobbins, for appellant. Green & Palmer, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

Ella Leedy, appellee, v. Decatur Railway & Light Company, appellant.

Action to recover for personal injuries to one boarding street car. Judgment for plaintiff. Appeal from the Circuit Court of Macon county; the Hon. William K. Whitfield, Judge, presiding. Heard in